IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NEDOLANDEZ SANTOS, #140 896, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 2:12-CV-718-TFM |
| | ) | [WO] |
| DR. DARBOUZE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that this action is DISMISSED without prejudice on motion of Plaintiff for voluntary dismissal pursuant to Rule 41(a)(2), *Federal Rules of Civil Procedure*.

The Clerk is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58, *Federal Rules of Civil Procedure*.

Done, this 13th day of February 2013.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE